# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Thomas James Zajac

Defendant.

Case No.: 1:10–cr–00376
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

  MINUTE entry before the Honorable Matthew F. Kennelly as to Thomas James Zajac: In response to the Court's order of 1/31/2024 (dkt. no. 1328) the defendant has advised that his witnesses are not available on 2/23/2024. The sentencing hearing will proceed on 2/9/2024 as scheduled. Standby counsel is directed to promptly communicate this to Mr. Zajac. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.